IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:15-CV-3996-L** |
| § | |
| **REAL PROPERTY KNOWN AS** § | |
| **2430 GIBBS WILLIAMS ROAD,** § | |
| **DALLAS, TEXAS** § | |
| § | |
| Respondent *in rem*. § | |

# ORDER

Before the court is Plaintiff's Motion for Final Judgment of Forfeiture (Doc. 20), filed August 16, 2016. On February 6, 2017, United States Magistrate Judge Renee Harris Toliver entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that Plaintiff's motion be granted; and that the real property known as 2430 Gibbs Williams Road Dallas, Texas be forfeited to the United States of America pursuant to 21 U.S.C. §§ 881(a)(6) and (7), and 18 U.S.C. § 981(a)(1)(A). No objections were filed to the Report.

Having reviewed the motion, record, Report, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion for Final Judgment of Forfeiture; and the real property known as 2430 Gibbs Williams Road Dallas, Texas, more particularly described as being Lot 2, Block 1/6040, of GREENHILL subdivision, an Addition to the City of Dallas, Dallas County, Texas, according to the Map thereof recorded in Volume 35, Page 157, Map Records, Dallas County, Texas, including all buildings, appurtenances, and improvements located thereon,

is hereby **forfeited** to the United States of America pursuant to 21 U.S.C. §§ 881(a)(6) and (7), and 18 U.S.C. § 981(a)(1)(A )

    **It is so ordered** this 23rd day of February, 2017.

                                                    Sam A. Lindsay
                                                    United States District Judge